**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **KRIS LATCHFORD** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL NO. 5:18-CV-1170-OLG** |
| | § | |
| **AT&T UMBRELLA BENEFIT PLAN NO. 3,** | § | |
| | § | |
| | § | |
| **Defendants** | § | |
| | § | |

---

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

---

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for AT&T Umbrella Benefit Plan No. 3 certifies that Defendant AT&T Umbrella Benefit Plan No. 3 is an employee welfare benefit plan as defined by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.*, for which the plan sponsor is AT&T Inc.  The plan administrator is AT&T Services, Inc., a Delaware corporation, which is jointly owned by AT&T Inc. (94.6%) and AT&T Teleholdings, Inc. (5.4%). AT&T Teleholdings, Inc., a Delaware corporation, is a wholly-owned subsidiary of AT&T Inc.  AT&T Inc., a Delaware corporation, is publicly traded on the New York Stock Exchange, and, to the best of its knowledge, no publicly held corporation owns 10% or more of AT&T Inc.'s stock. These representations are made to enable to the Court to evaluate possible disqualification or recusal.

Dated February 12, 2019.          Respectfully submitted,


*/s/  Nicole S. LeFave*
Nicole S. LeFave
Texas State Bar No. 24085432
nlefave@littler.com

LITTLER MENDELSON, P.C.
A Professional Corporation
100 Congress Avenue, Suite 1400
Austin, Texas  78701
512.982.7250
512.982.7248 (Fax)


Wesley Stockard *(pro hac vice)*
Georgia State Bar No.: 159090
wstockard@littler.com
Rachel Kaercher *(pro hac vice)*
Georgia State Bar No.: 743007
rkaercher@littler.com

LITTLER MENDELSON, P.C.
3344 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326-4803
(404) 233-0330
(404) 233-2361 (Fax)

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to counsel of record by Court ECF notification, on this the 12th day of February 2018, addressed as follows:

Jeffrey E. Dahl
jdahl@erisaattorneyintexas.com
405 N. St. Mary's St., Ste. 242
San Antonio, Texas  78205

*/s/ Nicole S. LeFave*
Nicole S. LeFave
